**Scoutsee, Inc.**
**dba: Scoutsee**
411 Hackensack Ave
Continental Plaza 2nd Floor
Hackensack, NJ 07601
917/378-3093

| | |
|---|---|
| Pay Group: | S0-Scoutsee S0 |
| Earns Begin Date: | 05/01/2017 |
| Earns End Date: | 05/15/2017 |
| Pay End Date: | 05/15/2017 |

| | |
|---|---|
| Advice #: | [redacted] |
| Company ID: | O2V |
| Advice Date: | 05/15/2017 |

Shady Gabal
2524 87th Street
East Elmhurst, NY 11369-

| | |
|---|---|
| Employee ID: | [redacted] |
| Department: | 9I85UADEPT |
| Location: | NJ Office |
| Bus Title: | |
| Pay Rate: | $100,000.00 Annual |

| TAX DATA | Federal | NY State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 + |
| Addl.Pct: | | |
| Addl.Amt: | 0.00 | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 4,166.67 | 768.00 | 37,500.03 |
| Total: | | | 4,166.67 | 768.00 | 37,500.03 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 800.16 | 7,159.87 |
| Fed MED/EE | 60.41 | 536.44 |
| Fed OASDI/EE | 258.33 | 2,293.75 |
| NJ Unempl EE | 2.57 | 128.14 |
| NJ NJ HCSF | 0.00 | 0.00 |
| NJ NJ WDPF | 0.17 | 8.38 |
| NJ NJ SWAF | 0.11 | 5.86 |
| NJ FLI/EE | 0.67 | 33.50 |
| NJ Withholdng | 192.08 | 1,699.29 |
| NJ OASDI/EE | 1.61 | 80.40 |
| NY Withholdng | 40.93 | 369.81 |
| Total: | 1,357.04 | 12,315.44 |

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD | PLNTD |
|---|---|---|---|
| Wage Works Pretax Transit | 0.00 | 504.00 | 0.00 |
| Total: | 0.00 | 504.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 2.00 | 18.00 |
| Supplemental AD and D | 1.00 | 9.00 |
| Short Term Disability | 12.85 | 115.65 |
| Long-Term Disability | 1.76 | 15.84 |
| Total: | 17.61 | 158.49 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| UHC | 319.00 | 2,871.00 |
| Delta Dental | 28.08 | 252.72 |
| Aetna Vision | 5.10 | 45.90 |
| Life and AD&D | 1.13 | 10.17 |
| (*Taxable)Total: | 353.31 | 3,179.79 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,166.67 | 4,166.67 | 1,357.04 | 17.61 | 2,792.02 |
| YTD | 37,500.03 | 36,996.03 | 12,315.44 | 662.49 | 24,522.10 |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Advice # [redacted] | 2,792.02 |
| Total: | 2,792.02 |

## DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account # | Deposit Amount |
|---|---|---|
| Checking | 5423 | 2,792.02 |