UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/19

SHADY GABAL,

                Plaintiff,

-against-

SCOUTSEE INC., DENNIS KWON and
TOM KWON,

                Defendants.

-------------------------------------------------------------X

18 **CIVIL** 2236 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 21, 2019, the Court has reviewed Judge Wang's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, find none. Therefore, the Report and Recommendation is adopted in its entirety. Plaintiff is awarded a sum of $42,738.14 in unpaid wages, liquidated damages, and breach of contract damages, and $5,951.50 in attorney's fees and costs for a total sum of $48,689.64. Additionally, Plaintiff is awarded pre-judgment interest at a rate of $5.06 per day from June 22, 2019 through the date of judgment, in the amount of $774.18. Defendants Tom Kwon and Scoutsee Inc. shall be held jointly and severally liable for these damages; accordingly, the case is closed.

**Dated:** New York, New York
        November 21, 2019

                                            **RUBY J. KRAJICK**

                                            Clerk of Court

                **BY:**

                                            **Deputy Clerk**